UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.F., et al.,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

23-CV-7739 (JMF) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    1.    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). *Whether or not* the parties consent under 28 U.S.C. § 636(c) to the plenary jurisdiction of the assigned magistrate judge, *all pretrial motions and applications* must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    2.    In accordance with the District Judge's order dated September 1, 2023 (Dkt. 6), the parties shall submit a joint letter to Judge Moses no later than two weeks from the date on which the defendant enters an appearance.

    3.    Plaintiff shall serve a copy of the District Judge's order dated September 1, 2023, and this Order, upon the defendant along with the summons and Complaint, and shall file proof of such service on the docket.

    4.    Parties and counsel are cautioned that requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. *Telephone requests for adjournments or extensions will not be entertained.*

    5.    Unless otherwise specified by the Court letters and letter-motions are limited to four pages, exclusive of attachments. *See* Moses Ind. Prac. § 1(d). Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York
       September 5, 2023

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge