

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>Tel.: (917) 499-8632<br>mnimmer@law.nyc.gov |

**MEMO ENDORSED**

January 5, 2024

**VIA ECF**
Hon. Barbara C. Moses Furman
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *N.F. v. N.Y.C. Dep't of Education,* 23-cv-7739 (JFM)(BCM)

Dear Judge Moses:

    I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*., as well as for this action.

    Defendant writes to respectfully request that the January 9, 2024 answer deadline be extended by 45 days to February 23, 2024, and that the filing deadline of the parties' joint status letter, also due January 9, 2024, also be extended to February 23, 2024. I have requested Plaintiff's consent, but have not yet received a response.

    This is the second request to extend the answer deadline and the first request to extend the joint status letter deadline. The extensions will give the parties time to engage in settlement negotiations. The parties are hopeful that they can settle this matter without further burden on the Court's time and resources.

    Thank you for considering these requests.

    Respectfully submitted,

    /s/
    Martha Nimmer, Esq.
    Special Assistant Corporation Counsel

cc:    Jennifer Ratcliff, Esq. (via ECF)

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

Barbara Moses, U.S.M.J.
January 10, 2024